UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT J. BUECHEL,

      Plaintiff,

v.                                                                                                         Case No. 18-cv-288-pp

NANCY BOWENS, *et al.*,

      Defendants.

---

**ORDER DISMISSING CASE UNDER CIVIL LOCAL RULE 41(c) FOR PLAINTIFF'S FAILURE TO DILIGENTLY PURSUE IT**

---

On March 11, 2019, the court ordered that by the end of the day on March 25, 2019, the plaintiff must provide the court with an accurate mailing address; the order warned the plaintiff that if he did not provide his current address by the deadline, the court would dismiss the case for the plaintiff's failure to diligently prosecute it. Dkt. No. 30 at 5. The court sent the order to the plaintiff at W6905 Shady Brook Circle, Fond du Lac, Wisconsin, 54935. Id. The postal service has not returned the order as undeliverable, leading the court to assume that the plaintiff received the order.

The plaintiff filed this complaint over a year ago. Dkt. No. 1. The court has not heard anything from the plaintiff since May 31, 2018—ten months ago. The plaintiff has not provided the court (or, apparently, the defendants) with an accurate address for him. The court concludes that the plaintiff no longer

1

wishes to proceed with the case. As the court told the plaintiff it would, the court will dismiss the case.

The court **ORDERS** that the complaint is **DISMISSED** without prejudice under Civil L.R. 41(c) for the plaintiff's failure to diligently pursue it. The court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 3rd day of April, 2019.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**United States District Judge**